**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

# FILED

JAN 2 2 2008

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

HONG WANG
309 Palombi Ct
East Brunswick, NJ 08816
(732) 688-8481

RUIYUN JIANG
309 Palombi Ct
East Brunswick, NJ 08816
(732) 688-9561

XUAN WANG
309 Palombi Ct
East Brunswick, NJ 08816
(732) 688-8481

Case: 1:08-cv-00127
Assigned To : Huvelle, Ellen S.
Assign. Date : 1/22/2008
Description: Admn. Agency Review

Plaintiffs
         VS.

CIVIL ACTION NO

MICHAEL CHERTOFF, Secretary
U.S. Department of Homeland Security
3801 Nebraska Avenue, NW
Washington, DC 20528

Dr. EMILIO GONZALEZ, Director
U.S. Citizenship & Immigration Services
U.S. Department of Homeland Security
20 Massachusetts Avenue, NW
Washington, DC 20529

TERRY E. WAY, Director
Nebraska Service Center
U.S. Citizenship & Immigration Services
850 "S" Street
Lincoln, Nebraska 68501

ROBERT S. MUELLER. III, Director
Federal Bureau of Investigations (FBI)
935 Pennsylvania Avenue, NW
FBI Building
Washington, DC 20535-0001

Defendants

PLAINTIFF'S ORIGINAL COMPLAINT
FOR WRIT IN THE NATURE OF
MANDAMUS & DECLARATORY JUDGEMENT

1. NOW come the Plaintiffs, Hong Wang, Ruiyun Jiang and Xuan Wang, in the above-captioned matter, and hereby state as follows:

2. This action is brought against the Defendants to compel action on the clearly delayed processing of three I-485 Applications filed by the Plaintiffs, Hong Wang, Ruiyun Jiang and Xuan Wang. The applications were filed and remain within the jurisdiction of the Defendants, who have improperly delayed processing the applications to Plaintiffs' detriment.

PARTIES

3. Plaintiff, Hong Wang, resides at 309 Palombi Ct, East Brunswick, NJ 08816, is the beneficiary of an I-485, Application to Register Permanent Resident or Adjust Status, filed with the USCIS.

4. Plaintiff, Ruiyun Jiang, wife of Hong Wang, resides at 309 Palombi Ct, East Brunswick, NJ 08816, is the beneficiary of an I-485, Application to Register Permanent Resident or Adjust Status, filed with the USCIS.

5. Plaintiff, Xuan Wang, daughter of Hong Wang, resides at 309 Palombi Ct, East Brunswick, NJ 08816, is the beneficiary of an I-485, Application to Register Permanent Resident or Adjust Status, filed with the USCIS.

6. Defendant, Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC §1103(a). More specifically, the Secretary of the

Department of Homeland Security is responsible for the adjudication of application for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

7. Defendant, Dr. Emilio Ganzalez is the Director of the U.S. Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B).

8. Defendant, Terry E. Way is the Director of the Nebraska Service Center and an official of the U.S. Citizenship & Immigration Services (USCIS) generally charged with authority over the administration of immigration benefits and services including the processing of citizenship applications and family and employment-based petitions. As will be shown, Defendant, Terry E. Way, Director of the Nebraska Service Center of the USCIS is an official with whom Plaintiffs' applications to Register Permanent Resident or Adjust Status, which were properly filed to the California Service Center and then transferred from the California Service Center to the Nebraska Service Center on March 11, 2007, are pending there (Exhibit 1).

9. Defendant, Robert S. Mueller III is the Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the USCIS. As will be shown,

Defendant, Robert S. Mueller III has failed to complete the security clearance on Plaintiff, Hong Wang's case.

## JURISDICTION

10. Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

11. Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant is located and performs his official duties.

## EXHAUSTION OF REMEDIES

12. The Plaintiffs have exhausted their administrative remedies. The Plaintiffs have supplied USCIS the documents that clearly establish their eligibility to Register Permanent Resident or Adjust Status.

## CAUSE OF ACTION

13. The Plaintiffs properly filed three I-485 applications, Application to Register Permanent Resident or Adjust Status, pursuant to Section 245 of the Immigration & Naturalization Act. Plaintiffs', Hong Wang, Ruiyun Jiang and Xuan Wang applications were associated with Plaintiff Hong Wang's I-140 application, which was received on January 14, 2005 and approved on May 14, 2005.

14. These three I-485 applications, along with supporting documentation were filed concurrently with Hong Wang's I-140 application at the California Service Center on or about January 28, 2005. The first fingerprints on March 24, 2005 and the second fingerprints on September 29, 2006 were processed and submitted to USCIS in

Phoenix local ASC. The Plaintiffs submitted the first RFE response on June 6, 2005 (Exhibit 2) and the second REF response on June 28, 2007 (Exhibit 3).

15. On May 8, 2006, Plaintiff Hong Wang was informed that 'the Principal applicant's (Hong Wang) I-485 is still pending FBI name check clearance. Once the file has been cleared by FBI, all the riding applicants and principal will be adjudicated' by Officer M. Bueno of the California Service Center (Exhibit 4). On October 16, 2006, Plaintiff Hong Wang filed FOIPA request for the status of his name check in FBI and got the response on November 22, 2006 from Mr. David M. Hardy, Section Chief, Record/Information Dissemination Section, Records Management Division, which indicates that **NO RECORDS** of his case (Exhibit 5).

16. On or about January, 2007, Plaintiff Hong Wang asked U.S. Senator John McCain to help for inquiring the status of his petition. On January 29, 2007 Plaintiff Hong Wang was informed that his petition was pending on FBI name check. (Exhibit 6). On August 18, 2007, Plaintiff Hong Wang inquired USCIS about the status of his I-485 application and was informed on September 18, 2007 that his case of I-485 application is still pending on FBI name check clearance (Exhibit 7). Therefore the I-485 petitions of Hong Wang, Ruiyun Jiang and Xuan Wang could not be adjudicated because of the FBI name check pending of the principal applicant, Hong Wang.

17. The defendants have failed to properly adjudicate these petitions. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiffs' I-485 applications after the Plaintiffs had submitted the properly executed applications. It has been about **36 (thirty-six)** months since Plaintiffs have filed their I-485 applications.

18. The Defendants have sufficient information to determine the Plaintiffs' eligibility pursuant to applicable requirements and complete the processing procedures.

19. The Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants, willfully and unreasonably, have inappropriately refused to adjudicate these I-485 petitions, thereby depriving them of the rights to which the Plaintiffs are entitled.

20. The Plaintiffs have been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

    **Specifically, Plaintiffs Hong Wang, Ruiyun Jiang and Xuan Wang have been unable to obtain legal permanent residence, travel and work without restriction and accrue time to be eligible for Naturalization as a citizen of the United States.**

21. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding action on the Plaintiffs' applications and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiffs' cases.

22. The Plaintiffs have provided sufficient evidence of their attempt to secure adjudication of these applications at issue, all to no avail. Accordingly, the Plaintiffs have been forced to pursue the instant action.

PRAYER

23. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiffs respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter and order:

(a) requiring Defendants to properly adjudicate the Plaintiffs' applications for action on an approved petition;

(b) requiring the Defendants to provide the Plaintiffs with a Notice of Approval;

(c) awarding the Plaintiffs reasonable filing fees pursuant to the Equal Access to Justice Act;

(d) granting such other relief at law and in equity as justice may require.

Respectfully submitted,

Hong Wang

309 Palombi Ct

East Brunswick, NJ 08816

Telephone (732) 688-8481

wjohn.hong@gmail.com

Ruiyun Jiang

309 Palombi Ct

East Brunswick, NJ 08816

Telephone (732) 688-9561

ruiyunj@gmail.com

Xuan Wang

309 Palombi Ct

East Brunswick, NJ 08816

Telephone (732) 993-5622

Plaintiffs, Hong Wang et al vs Defendants, Michael Chertoff et al

# EXHIBIT 1

**I-485 Cases Transferred to and Pending at Nebraska Service Center since March 11, 2007**



Hong Wang <wjohn.hong@gmail.com>

# Case Status Information for Receipt Number: WAC0508250397

2 messages

**CRIS <USCIS-SRMT@dhs.gov>**              Sun, Mar 11, 2007 at 6:16 PM
To: wjohn.hong@gmail.com

     *** DO NOT RESPOND TO THIS E-MAIL ***

     The last processing action taken on your case

     Receipt Number: WAC0508250397

     Application Type: I485 , APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST
     STATUS

     Current Status: This case is now pending at the office to which it was transferred.

     The I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS that was
     transferred to our NEBRASKA SERVICE CENTER location is now pending there. You will be notified by mail
     when a decision is made, or if the office needs something from you. If you move while this case is pending,
     call customer service. We process cases in the order we receive them. You can use our processing dates to
     estimate when this case will be done, counting from when USCIS received it. This case is at our NEBRASKA
     SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic
     e-mail updates as we process your case. Just follow the link below to register.

     If you have questions or concerns about your application or the case status results listed above, or if you have
     not received a decision from USCIS within the current processing time listed*, please contact USCIS
     Customer Service at (800) 375-5283.

     *Current processing times can be found on the USCIS website at www.uscis.gov under Case Status &
     Processing Dates.
     *** Please do not respond to this e-mail message.

     Sincerely,

     The U.S. Citizenship and Immigration Services (USCIS)

**CRIS <USCIS-SRMT@dhs.gov>**              Sun, Mar 11, 2007 at 6:16 PM
To: wjohn.hong@gmail.com

     [Quoted text hidden]

08 0127
# FILED

JAN 2 2 2008

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

*Exhibit 1*



Hong Wang <wjohn.hong@gmail.com>

# Case Status Information for Receipt Number: WAC0508250414

2 messages

**CRIS <USCIS-SRMT@dhs.gov>**                                              **Sun, Mar 11, 2007 at 6:16 PM**
To: wjohn.hong@gmail.com

*** DO NOT RESPOND TO THIS E-MAIL ***

The last processing action taken on your case

Receipt Number: WAC0508250414

Application Type: I485 , APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: This case is now pending at the office to which it was transferred.

The I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS that was transferred to our NEBRASKA SERVICE CENTER location is now pending there. You will be notified by mail when a decision is made, or if the office needs something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when this case will be done, counting from when USCIS received it. This case is at our NEBRASKA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

If you have questions or concerns about your application or the case status results listed above, or if you have not received a decision from USCIS within the current processing time listed*, please contact USCIS Customer Service at (800) 375-5283.

*Current processing times can be found on the USCIS website at www.uscis.gov under Case Status & Processing Dates.
*** Please do not respond to this e-mail message.


Sincerely,


The U.S. Citizenship and Immigration Services (USCIS)


**CRIS <USCIS-SRMT@dhs.gov>**                                              **Sun, Mar 11, 2007 at 6:16 PM**
To: wjohn.hong@gmail.com

[Quoted text hidden]


Exhibit 1



Hong Wang <wjohn.hong@gmail.com>

# Case Status Information for Receipt Number: WAC0508250433

2 messages

**CRIS <USCIS-SRMT@dhs.gov>**                                      **Sun, Mar 11, 2007 at 6:16 PM**
To: wjohn.hong@gmail.com

*** DO NOT RESPOND TO THIS E-MAIL ***

The last processing action taken on your case

Receipt Number: WAC0508250433

Application Type: I485 , APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: This case is now pending at the office to which it was transferred.

The I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS that was transferred to our NEBRASKA SERVICE CENTER location is now pending there. You will be notified by mail when a decision is made, or if the office needs something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when this case will be done, counting from when USCIS received it. This case is at our NEBRASKA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

If you have questions or concerns about your application or the case status results listed above, or if you have not received a decision from USCIS within the current processing time listed*, please contact USCIS Customer Service at (800) 375-5283.

*Current processing times can be found on the USCIS website at www.uscis.gov under Case Status & Processing Dates.
*** Please do not respond to this e-mail message.

Sincerely,

The U.S. Citizenship and Immigration Services (USCIS)

**CRIS <USCIS-SRMT@dhs.gov>**                                      **Sun, Mar 11, 2007 at 6:16 PM**
To: wjohn.hong@gmail.com

[Quoted text hidden]

Exhibit 1

Plaintiffs, Hong Wang et al vs Defendants, Michael Chertoff et al

# EXHIBIT 2

**The First RFE Responses Submitted on June 3, 2005**

# Littler GLOBAL
### CORPORATE MIGRATION LAW

June 3, 2005

**VIA FEDERAL EXPRESS**

U.S. Citizenship and Immigration Services
California Service Center
24000 Avila Road
ATTN: Incoming Mailroom
P.O. Box 10485
Laguna Niguel, CA  92607-1048

|  |  |  |
|---|---|---|
| RE: | **RESPONSE TO REQUEST FOR EVIDENCE** |  |
|  | **I-485:** | **Application to Adjust Status** |
|  | Beneficiary: | Ruiyun Jiang |
|  | Receipt: | WAC-05-082-50414/A98 448 412 |

Dear Sir/Madam:

Your Request for Evidence (RFE), which was issued on May 16, 2005, requests evidence of Ms. Jiang's birth.  Please note that birth certificates similar to those issued in the U.S. are not available in the People's Republic of China.  Instead, according to the Foreign Affairs Manual (extract attached), copies of notarial certificates of birth are often acceptable.  Attached is a copy of Ms. Jiang's notarial certificate of birth.

I trust that this evidence is sufficient proof of Ms. Jiang's date of birth and the identity of her parents.  If however, you have any other questions, please do not hesitate to contact me.

Sincerely yours,
LITTLER MENDELSON BACON & DEAR PLLC

Sandra N. Sheridan

Enclosures
SNS/mg

*Exhibt 2*

**08 0127**

**FILED**

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Your Strategic Partner When Crossing Global Borders*

Littler Mendelson Bacon & Dear PLLC
3003 North Central Avenue, Suite 700, Phoenix, Arizona 85012 U.S.A.
TEL +1 602.256.6700   FAX +1 602.257.0600   www.littlerglobal.com

# Littler GLOBAL
### CORPORATE MIGRATION LAW

June 3, 2005

**VIA FEDERAL EXPRESS**

U.S. Citizenship and Immigration Services
California Service Center
24000 Avila Road
ATTN: Incoming Mailroom
P.O. Box 10485
Laguna Niguel, CA  92607-1048

RE:     **RESPONSE TO REQUEST FOR EVIDENCE**
**I-485:**        **Application to Adjust Status**
Beneficiary:   Hong Wang
Receipt:        WAC-05-082-50397/A98 448 411

Dear Sir/Madam:

Your Request for Evidence (RFE), which was issued on May 16, 2005, requests evidence of Mr. Wang's birth.  Please note that birth certificates similar to those issued in the U.S. are not available in the People's Republic of China.  Instead, according to the Foreign Affairs Manual (extract attached), copies of notarial certificates of birth are often acceptable.  Attached is a copy of Mr. Wang's notarial certificate of birth.

I trust that this evidence is sufficient proof of Mr. Wang's date of birth and the identity of his parents.  If however, you have any other questions, please do not hesitate to contact me.

Sincerely yours,
LITTLER MENDELSON, BACON & DEAR PLLC

Sandra N. Sheridan

Enclosures
SNS/mg

Exhibit 2

*Your Strategic Partner When Crossing Global Borders*

Littler Mendelson Bacon & Dear PLLC
3003 North Central Avenue, Suite 700, Phoenix, Arizona 85012 U.S.A.
TEL +1 602.256.6700   FAX +1 602.257.0600   www.littlerglobal.com

**Plaintiffs, Hong Wang et al vs Defendants, Michael Chertoff et al**

# EXHIBIT 3

**The Second RFE Responses Received on June 28, 2007**



Hong Wang <wjohn.hong@gmail.com>

# Case Status Information for Receipt Number: WAC0508250414

1 message

**CRIS <USCIS-CRIS@dhs.gov>**                                   **Thu, Jun 28, 2007 at 4:30 PM**
To: wjohn.hong@gmail.com

*** DO NOT RESPOND TO THIS E-MAIL ***

The last processing action taken on your case

Receipt Number: WAC0508250414

Application Type: I485 , APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: Response to request for evidence received, and case processing has resumed.

On June 28, 2007, we received your response to our request for evidence. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. You should expect to receive a written decision or written update within 60 days of the date we received your response unless fingerprint processing or an interview are standard parts of case processing and have not yet been completed, in which case you can use our processing dates to estimate when this case will be done. This case is at our NEBRASKA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

If you have questions or concerns about your application or the case status results listed above, or if you have not received a decision from USCIS within the current processing time listed*, please contact USCIS Customer Service at (800) 375-5283.

*Current processing times can be found on the USCIS website at www.uscis.gov under Case Status and Processing Dates.
*** Please do not respond to this e-mail message.


Sincerely,


The U.S. Citizenship and Immigration Services (USCIS)


08 0127


Exhibit 3

# FILED

### JAN 2 2 2008

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**



Hong Wang <wjohn.hong@gmail.com>

# Case Status Information for Receipt Number: WAC0508250397

1 message

**CRIS <USCIS-CRIS@dhs.gov>**                                      **Thu, Jun 28, 2007 at 4:41 PM**
To: wjohn.hong@gmail.com

\*\*\* DO NOT RESPOND TO THIS E-MAIL \*\*\*

The last processing action taken on your case

Receipt Number: WAC0508250397

Application Type: I485 , APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: Response to request for evidence received, and case processing has resumed.

On June 28, 2007, we received your response to our request for evidence. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. You should expect to receive a written decision or written update within 60 days of the date we received your response unless fingerprint processing or an interview are standard parts of case processing and have not yet been completed, in which case you can use our processing dates to estimate when this case will be done. This case is at our NEBRASKA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

If you have questions or concerns about your application or the case status results listed above, or if you have not received a decision from USCIS within the current processing time listed\*, please contact USCIS Customer Service at (800) 375-5283.

\*Current processing times can be found on the USCIS website at www.uscis.gov under Case Status and Processing Dates.
\*\*\* Please do not respond to this e-mail message.

Sincerely,

The U.S. Citizenship and Immigration Services (USCIS)

Exhibit 3



Hong Wang <wjohn.hong@gmail.com>

# Case Status Information for Receipt Number: WAC0508250433

1 message

**CRIS <USCIS-CRIS@dhs.gov>**         Thu, Jun 28, 2007 at 4:30 PM
To: wjohn.hong@gmail.com

\*\*\* DO NOT RESPOND TO THIS E-MAIL \*\*\*

The last processing action taken on your case

Receipt Number: WAC0508250433

Application Type: I485 , APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: Response to request for evidence received, and case processing has resumed.

On June 28, 2007, we received your response to our request for evidence. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. You should expect to receive a written decision or written update within 60 days of the date we received your response unless fingerprint processing or an interview are standard parts of case processing and have not yet been completed, in which case you can use our processing dates to estimate when this case will be done. This case is at our NEBRASKA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

If you have questions or concerns about your application or the case status results listed above, or if you have not received a decision from USCIS within the current processing time listed\*, please contact USCIS Customer Service at (800) 375-5283.

\*Current processing times can be found on the USCIS website at www.uscis.gov under Case Status and Processing Dates.
\*\*\* Please do not respond to this e-mail message.

Sincerely,

The U.S. Citizenship and Immigration Services (USCIS)

*Exhibit 3*

**Plaintiffs, Hong Wang et al vs Defendants, Michael Chertoff et al**

# EXHIBIT 4

**Response of I-485 status Inquiry from Officer M. Bueno at CSC
on May 8, 2006**

**Wang, Hong (MRL)**

| | |
|---|---|
| **From:** | Chad Adams [cadams@littlerglobal.com] |
| **Sent:** | Monday, May 08, 2006 12:19 PM |
| **To:** | Hong Wang |
| **Subject:** | RE: My I-485 status and HB1 |

Dear Hong,

The following is the response we received from the California Service Center's Officer Bueno regarding the status of your I-485 Adjustment of Status applications:

The Principal applicants I-485 is still pending FBI name check clearance. Once the

file has been cleared by FBI, all the riding applicants and principal will be adjudicated.

The Service has NO control over how long it takes FBI to clear the case.


M. Bueno

-----Original Message-----
From: hwang@tgen.org [mailto:hwang@tgen.org]
Sent: Tuesday, April 25, 2006 4:36 PM
To: Sandra Sheridan; Chad Adams
Cc: Alice Atkinson
Subject: My I-485 status and HB1

Dear Chad:

Could you possibly check my I-485 status to see how long I have to wait?

Thank you very much!

Best regards,

Hong Wang

-----Original Message-----
From: Maria Garske [mailto:mgarske@littlerglobal.com]
Sent: Tuesday, April 25, 2006 6:35 AM
To: Sandra Sheridan; Hong Wang
Cc: Alice Atkinson; Chad Adams
Subject: RE: My I-485 status and HB1

.. `` ..

08 0127

*Exhibit 4*

**FILED**

JAN 2 2 2008



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Plaintiffs, Hong Wang et al vs Defendants, Michael Chertoff et al**

# EXHIBIT 5

**Response of FOIPA Request on November 22, 2006**




U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

November 22, 2006

Hong Wang
2948 West Glenhaven Drive
Phoenix, AZ 85045

Request No.: 1055159- 000
Subject: WANG, HONG

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters. An updated search was conducted in response to your letter of October 16, 2006, and no records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

*Exhibit 5*

08 0127

# FILED

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs, Hong Wang et al vs Defendants, Michael Chertoff et al

# EXHIBIT 6

**Response of I-485 Status Inquiry Submitted by Senator John McCain
on January 29, 2007**

COMMITTEE ON ARMED SERVICES
COMMITTEE ON COMMERCE,
SCIENCE, AND TRANSPORTATION
COMMITTEE ON INDIAN AFFAIRS

# United States Senate

5353 NORTH 16TH STREET
SUITE 105
PHOENIX, AZ 85016
(602) 952-2410

4703 SOUTH LAKESHORE DRIVE
SUITE 1
TEMPE, AZ 85282
(480) 897-6289

407 WEST CONGRESS STREET
SUITE 103
TUCSON, AZ 85701
(520) 670-6334

TELEPHONE FOR HEARING IMPAIRED
(602) 952-0170

January 29, 2007

Hong Wang
2948 West Glenhaven Dr.
Phoenix, AZ 85045

Dear Hong:

In reference to my inquiry on your behalf, I received the enclosed letter from U.S. Citizenship and Immigration Services. I think you will find the letter self-explanatory.

Although I have not received a final reply from the Federal Bureau of Investigation, I wanted to reassure you that I am doing everything I can. I will continue my efforts until we have some definite results.

If you should have any questions or need to provide additional information, please contact Jana Pierce in my Tempe office at 480-897-6289.

Sincerely,

John McCain
United States Senator

JM/zjp

Exhibit 6

08 0127

**FILED**

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U S Department of Homeland Security
) Avila Road
Laguna Niguel, CA 92677



**U.S. Citizenship
and Immigration
Services**

JAN 2 9 2007

# Facsimile Transmission

To:
Jana Pierce, The Office of the Honorable John McCain | Fax Number: (480) 897-8389

From:
J. Sorocco, Congressional Unit, California Service Center | Fax Number: (949) 389-3409

Date:
1/26/2007

Number of pages including cover:
1

RE:   I-485's
A98448411, A98448412, A98448413
Hong Wang, Ruiyun Jiang, Xuan Wang

The case of the principal on this petition, Hong Wang, is currently pending the results of required security checks. Therefore, no action may be taken on the cases at this time. These background checks are required of all who apply for the immigration benefit your constituent is seeking. If the constituent does not receive notification of decision or other action in six months, you may feel free to contact this office. Thank you.

Exhibit 6

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication may be strictly prohibited. If you received this communication in error, please notify the sender immediately by telephone and return the communication at this address above via the United States Postal Service. Thank you.

www.uscis.gov

Plaintiffs, Hong Wang et al vs Defendants, Michael Chertoff et al

# EXHIBIT 7

**Response of I-485 Status Inquiry Submitted by Plaintiff, Hong Wang on September, 18, 2008**



**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

Tuesday, September 18, 2007

HONG WANG
309 PALOMDI COURT
EAST BRUNSWICK NJ 08816

Dear Hong Wang:

On 08/28/2007 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 01/07/2005 |
| **Receipt #:** | WAC-05-082-50397 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed.  A check of our records establishes that your case is not yet ready for decision, as the required  investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case.  These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking.  We will make every effort to make a decision on this case as soon as the background checks are complete.  If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember:  By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form.  If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you.  If you move, please call us with your new address information as soon as your move is complete.  If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

*Exhibit 7*

U.S. CIS - 09-18-2007 01:02 PM EDT - WAC-05-082-50397

**08 0127**

**FILED**

JAN 2 2 2008

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

C
08-127
ESH

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

**I (a) PLAINTIFFS**

HONG WANG, ETAL

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    88888
**(EXCEPT IN U.S. PLAINTIFF CASES)**

Pro Se's N/A

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

MICHAEL CHERTOFF, ETAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    11001
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

Case: 1:08-cv-00127
Assigned To : Huvelle, Ellen S.
Assign. Date : 1/22/2008
Description: Admn. Agency Review

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1  U.S. Government
    Plaintiff

☐ 3  Federal Question
      (U.S. Government Not a Party)

(X) 2  U.S. Government
      Defendant

☐ 4  Diversity
      (Indicate Citizenship of Parties
      in item III)

**III CITIZENS** PLACE AN X IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A.  Antitrust**

☐ 410 Antitrust

**☐ B.  Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**(X) C.  Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
(X) 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D.  Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**☐ E.  General Civil (Other)   OR   ☐ F.  Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(6)

| □ **G. Habeas Corpus/ 2255** | □ **H. Employment Discrimination** | □ **I. FOIA/PRIVACY ACT** | □ **J. Student Loan** |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| □ **K. Labor/ERISA (non-employment)** | □ **L. Other Civil Rights (non-employment)** | □ **M. Contract** | □ **N. Three-Judge Court** |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights<br>Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-<br>Employment<br>□ 446 Americans w/Disabilities-<br>Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>□ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**ORIGIN**

☒ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
The defendants violated the Administrative Procedures Act, 5 U.S.C. §701 et seq., and are unlawfully withholding action on the Plaintiffs' applications. Defendants have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiffs' cases.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint
**JURY DEMAND:** □ YES   □ NO

**VIII. RELATED CASE(S) IF ANY**  *D.F.*   (See instruction)   □ YES   ☒ NO   If yes, please complete related case form.

DATE 1/18/2008   SIGNATURE OF ATTORNEY OF RECORD   

22

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

