UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF(S) NAME(S)
HONG WANG et al

vs.                                    Case: 1:08-cv-00127 (ESH)

DEFENDANT(S) NAME(S)
MICHAEL CHERTOFF et al

### AFFIDAVIT OF SERVICE

I, Hong Wang, (the person who actually mailed the summons/complaint), hereby declare that on **the 29th day of January, 2008**, I mailed a copy of the summons and complaint, certified mail return receipt requested, to **US Attorney**. Attached hereto is the certified green card acknowledging service.

HONG WANG
309 Palombi Ct
East Brunswick, NJ 08816
(732) 688-8481

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  Jan. 29, 2008 |
| NAME OF SERVER *(PRINT)*   Hong Wang | TITLE   Plaintiff |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify):   U.S. Postal Service, Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $6.28 | TOTAL  $6.28 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Feb. 18, 2008
             Date

*Signature of Server*

309 Palombi Court, East Brunswick, NJ 08816

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF(S) NAME(S)
HONG WANG et al

vs.

Case: 1:08-cv-00127 (ESH)

DEFENDANT(S) NAME(S)
MICHAEL CHERTOFF et al

## AFFIDAVIT OF SERVICE

I, Hong Wang, (the person who actually mailed the summons/complaint), hereby declare that on **the 29th day of January, 2008**, I mailed a copy of the summons and complaint, certified mail return receipt requested, to **US Attorney General, D.O.J**. Attached hereto is the certified green card acknowledging service.

HONG WANG
309 Palombi Ct
East Brunswick, NJ 08816
(732) 688-8481

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | Jan. 29, 2008 |
| NAME OF SERVER *(PRINT)*  Hong Wang | TITLE | Plaintiff |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  U.S. Postal Service, Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $6.28 | TOTAL $6.28 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Feb. 18, 2008
             Date             Signature of Server

309 Palombi Court, East Brunswick, NJ 08816
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF(S) NAME(S)
HONG WANG et al

vs.

Case: 1:08-cv-00127 (ESH)

DEFENDANT(S) NAME(S)
MICHAEL CHERTOFF et al

### AFFIDAVIT OF SERVICE

I, Hong Wang, (the person who actually mailed the summons/complaint), hereby declare that on **the 29th day of January, 2008**, I mailed a copy of the summons and complaint, certified mail return receipt requested, to **Terry E. Way (Defendant)**. Attached hereto is the certified green card acknowledging service.

HONG WANG
309 Palombi Ct
East Brunswick, NJ
08816
(732) 688-8481

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Jan. 29, 2008 |

| NAME OF SERVER *(PRINT)* Hong Wang | TITLE Plaintiff |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  U.S. Postal Service, Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $6.28 | TOTAL $6.28 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Feb. 18, 2008
                Date

*Signature of Server*

309 Palombi Court, East Brunswick, NJ 08816

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF(S) NAME(S)
HONG WANG et al

      vs.                                           Case: 1:08-cv-00127 (ESH)

DEFENDANT(S) NAME(S)
MICHAEL CHERTOFF et al

## AFFIDAVIT OF SERVICE

I, Hong Wang, (the person who actually mailed the summons/complaint), hereby declare that on **the 29th day of January, 2008**, I mailed a copy of the summons and complaint, certified mail return receipt requested, to **Robert S. Mueller (Defendant)**. Attached hereto is the certified green card acknowledging service.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

WASHINGTON DC 20535

| | | | |
|---|---|---|---|
| Postage | $ | $1.48 | 0460 |
| Certified Fee | | $2.65 | 02 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.28 | 01/29/2008 |

Sent To: Robert S. Mueller, Director, FBI
Street, Apt. No.; or PO Box No. 935 Pennsylvania Ave, NW
City, State, ZIP+4 Washington, DC 20535

PS Form 3800, August 2006    See Reverse for Instructions

7007 0710 0003 8243 8578

HONG WANG
309 Palombi Ct
East Brunswick, NJ 08816
(732) 688-8481

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  Jan. 29, 2008 |
| NAME OF SERVER *(PRINT)*  Hong Wang | TITLE  Plaintiff |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify):  U.S. Postal Service, Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $6.28 | TOTAL  $6.28 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Feb. 18, 2008
                Date                *Signature of Server*

309 Palombi Court, East Brunswick, NJ 08816
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FEB 2 1 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF(S) NAME(S)
HONG WANG et al

vs.  Case: 1:08-cv-00127 (ESH)

DEFENDANT(S) NAME(S)
MICHAEL CHERTOFF et al

### AFFIDAVIT OF SERVICE

I, Hong Wang, (the person who actually mailed the summons/complaint), hereby declare that on **the 29th day of January, 2008**, I mailed a copy of the summons and complaint, certified mail return receipt requested, to **Michael Chertoff (Defendant)**. Attached hereto is the certified green card acknowledging service.

HONG WANG
309 Palombi Ct
East Brunswick, NJ 08816
(732) 688-8481

U.S. Postal Service Certified Mail Receipt:
- Postage: $1.48
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.28
- Date: 01/29/2008
- Sent To: Michael Chertoff, Secretary, US DHS
- Address: 3801 Nebraska Ave, NW, Washington DC 20528

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | Jan. 29, 2008 |
| NAME OF SERVER (PRINT)  Hong Wang | TITLE | Plaintiff |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify):   U.S. Postal Service, Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $6.28 | $6.28 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Feb. 18, 2008
                Date

*Signature of Server*

309 Palombi Court, East Brunswick, NJ 08816

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF(S) NAME(S)
HONG WANG et al

vs.                                                  Case: 1:08-cv-00127 (ESH)

DEFENDANT(S) NAME(S)
MICHAEL CHERTOFF et al

### AFFIDAVIT OF SERVICE

I, Hong Wang, (the person who actually mailed the summons/complaint), hereby declare that on **the 29th day of January, 2008**, I mailed a copy of the summons and complaint, certified mail return receipt requested, to **Emilio Gonzalez (Defendant)**. Attached hereto is the certified green card acknowledging service.

HONG WANG
309 Palombi Ct
East Brunswick, NJ 08816
(732) 688-8481

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | Jan. 29, 2008 |
| NAME OF SERVER *(PRINT)*  Hong Wang | TITLE | Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  U.S. Postal Service, Certified Mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $6.28 | TOTAL $6.28 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Feb. 18, 2008
              *Date*            *Signature of Server*

309 Palombi Court, East Brunswick, NJ 08816
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.