UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HONG WANG, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case Number: 1:08-cv-00127 (ESH) |
| MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, et al. | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

Respectfully submitted,

_____
HONG WANG

_____
RUIYUN JIANG

_____
XUAN WANG
309 Palombi Court
East Brunswick, NJ 08816
Phone: (732) 688-8481
Phone: (732) 688-9561
wjohn.hong@gmail.com
ruiyunj@gmail.com

*Plaintiffs pro se*

Dated: March 25, 2008

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney.

_____
ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*